UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Teresa Wilson, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:14-cv-01850-CEJ |
| Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 25, 2015

Respectfully submitted,

PLAINTIFF, Teresa Wilson

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF), which sent notice to:

Timothy R. Carraher  
REED SMITH LLP  
10 South Wacker Drive, 40th Floor  
Chicago, IL 60606

                                                     By  /s/ Sergei Lemberg  
                                                            Sergei Lemberg